NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

WILLIE JAMES LOVE, JR., *Petitioner*.

No. 1 CA-CR 21-0081 PRPC
FILED 8-24-2021

Petition for Review from the Superior Court in Mohave County
No. S8015CR201400553
The Honorable Derek C. Carlisle, Judge

**REVIEW GRANTED; RELIEF DENIED**

APPEARANCES

Mohave County Attorney's Office, Kingman
By Matthew J. Smith
*Counsel for Respondent*

Willie James Love, Jr., San Luis
*Petitioner*

---

## MEMORANDUM DECISION

Presiding Judge Jennifer B. Campbell, Judge Samuel A. Thumma, and Chief Judge Kent E. Cattani delivered the decision of the Court.

---

**PER CURIAM**:

¶1          Petitioner Willie James Love, Jr., seeks review of the superior court's order denying his latest successive petition for post-conviction relief.

¶2          Absent an abuse of discretion or error of law, this Court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012).  It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

¶3          We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review. We find that petitioner has not established an abuse of discretion.

¶4          We grant review but deny relief.

